THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD M. MACKENNA, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument denied. [See 298 N. Y. 494.]